FILED

2023 Aug-31  AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DCG: SEPTEMBER 2023
GJ#36

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **JOHN MYRON FULLER** | ) |

## INDICTMENT

**COUNT ONE: [18 U.S.C. § 922(a)(1)(A)]**

The Grand Jury charges:

That on or about the 3rd day of May 2023, in Talladega County, within the

Northern District of Alabama, the defendant,

## JOHN MYRON FULLER,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

United States Code, did willfully engage in the business of dealing in firearms, in

violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT TWO: [18 U.S.C. § 922(a)(1)(A)]**

The Grand Jury charges:

That on or about the 25th day of May 2023, in Talladega County, within the

Northern District of Alabama, the defendant,

**JOHN MYRON FULLER,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**NOTICE OF FORFEITURE**

**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

1.      The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of the offense charged in Count One and Count Two of this Indictment for violation of 18 U.S.C. § 922(a)(1)(A), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to a:

- **BRG-9, 9mm handgun, SN: TG019-22C03741**
- **Palmetto State Armory, model PA-15, multi-caliber, SN: SCB711685**
- **Tisas, 1911, .45 caliber pistol, SN: T0620-23Z00884**
- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0487**
- **Berika Arms, model FRN, 12ga shotgun, SN: B21PA0466**
- **Berika Arms, model FRN, 12ga shotgun, SN: B21PA0004**
- **Berika Arms, model FRN, 12ga shotgun, SN: B20PA4415**
- **Berika Arms, model FRN, 12ga shotgun, SN: B21PA0384**
- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0650**
- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0544**

- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0648**
- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0664**
- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0764**
- **Berika Arms, model FRN, 12ga shotgun, SN: B21PA0003**
- **Franklin Arms, model Puma, 12ga shotgun, SN: 21 PU-4108**
- **Mossberg, model 500, 20ga shotgun, SN: V1098313**
- **FedArm, model FRN, 12ga shotgun, SN: 18-L10123**
- **Berika Arms, model FR4, 12ga shotgun, SN: B21ST0342**
- **Berika Arms, model FR4, 12ga shotgun, SN: B21ST0441**
- **Berika Arms, model FR3, 12ga shotgun, SN: B21SA0391**
- **Bushmaster Firearms, model Carbon 15, 2.23 caliber rifle, SN: CBC014385**
- **Palmetto State Armory, model G3-10, multi-caliber rifle, SN: G384000**
- **FedArm, model FR9, multi-caliber pistol, SN: B00251**
- **Mossberg, model 100 ATR, .270 caliber rifle, SN: BA169137**
- **Mossberg, model Patriot, 6.5 caliber rifle, SN: MPR0408044**
- **Palmetto State Armory, model PA-15, 7.62 caliber pistol, SN: SCB711129**
- **Berika Arms, model FRX, 12ga shotgun, SN: B21PX0488 (NFA)**
- **Palmetto State Armory, model PA-15, .68 caliber rifle, SN: SCB300907**
- **Savage Arms, model B.Mag, .17 caliber rifle, SN: K268995**
- **Marlin Firearms Co., model 336, 30-30 caliber rifle, SN: 21135433**
- **Ruger, model M77 Mark II, .270 caliber rifle, SN: 786-68737**
- **Ward's Western Field (Trade Name Brand), 20ga bolt-action shotgun, SN: None**
- **Century Arms, model VSKA, 7.62 caliber rifle, SN: SV7127694**
- **Mossberg, model 595, 12ga shotgun, SN: 1381650**
- **Mossberg, model 185D, 20ga shotgun, SN: None**
- **Montgomery Ward (Trade Name Brand), model Excel, unknown caliber shotgun, SN: 61716XF**
- **Remington Arms Co., model 12, .22 caliber rifle, SN: 711600**
- **Savage Arms, model 70, .22 caliber rifle, SN: H643**
- **Ward's Western Field (Trade Name Brand), .22 caliber rifle, SN: 22293**
- **Century Arms, model BFT47, 7.62 caliber rifle, SN: BFT47008358**
- **Zastava, model Z-Pap M70, 7.62 caliber rifle, SN: Z70-099643**
- **DPMS Inc., model Anvil, 7.62 caliber rifle, SN: AV4702141**
- **Sota Arms, model TX-15, multi-calber, complete lower receiver, SN: TX2904**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower**

receiver, SN: SCD301693
- **B. King's Firearms, model BKF-15, multi-caliber, complete lower receiver, SN: BKF-001411**
- **ATI, model Omni Hybrid, multi-caliber, complete lower receiver, SN: NS337481**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD430477**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD236147**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD308545**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCB305367**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD236123**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCB337525**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCB711143**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCB337524**
- **Palmetto State Armory, model G3-10, multi-caliber, complete lower receiver, SN: G384405**
- **Taurus, model PT 2417, 9mm caliber pistol, SN: TBV59191**
- **Remington, model 1911, .45 caliber pistol, SN: 2024208**
- **Rossi, unknown model, .38 special caliber revolver, SN: D263857**
- **Taurus, model PT 111 G2, 9mm caliber pistol, SN: TKM46843**
- **Hipoint, model 995, 9mm caliber rifle, SN: F224184**
- **Berika Arms, model FTS, 20ga shotgun (disassembled), SN: 21OU20F-0239**
- **Berika Arms, model FTS, 20ga shotgun (disassembled), SN: 21OU20F-0181**
- **Berika Arms, model FTS, 20ga shotgun (disassembled), SN: 21OU12F-0123**
- **Heritage, model Rough Rider, .22 caliber revolver, SN: 1BH074333**
- **Smith and Wesson, model 22A-1, .22 caliber pistol, SN: UDS0626 (loaded with 5 rounds)**
- **Twenty complete upper receivers**

- **Fourteen (14) Bump stocks**
- **BRG, model BRG9 Elite, 9mm caliber pistol, SN: TG019-21A03374**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD244237**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD246190**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD244831**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCB513253**
- **Palmetto State Armory, model G3-10, multi-caliber, complete lower receiver, SN: G392888**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD246196**
- **Palmetto State Armory, model PA-15, multi-caliber, complete lower receiver, SN: SCD246206;**

**and any associated ammunition and magazines.**

All in violation of Title 18, United States Code, Sections 922(a)(1)(A) 924(a)(1)(D).

A TRUE BILL

*/s/Electronic Signature*

_____

FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

_____

DARIUS C. GREENE
Assistant United States Attorney